ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Friday, June 16, 2023 2:17:53 PM
CASE NUMBER: 2023 CV 03142 Docket ID: 103768144
Mike Foley
CLERK OF COURTS MONTGOMERY COUNTY OHIO

## IN THE COURT OF COMMON PLEAS
## MONTGOMERY COUNTY, OHIO

| | |
|---|---|
| **ROBERT & LINDA KAMMER** dba **KAMMER & KAMMER ENTERPRISES**<br>6440 Stoney Creek Dr.<br>Huber Heights, OH 45424-3659<br><br>Plaintiffs,<br><br>vs.<br><br>**AUTO-OWNERS INSURANCE**<br>P.O. Box 30660<br>Lansing, MI 48909-8160<br><br>Defendant. | CASE NO:<br><br>JUDGE<br><br>**COMPLAINT**<br><br>**JURY DEMAND ENDORSED HEREON** |

Come now Plaintiffs, Robert & Linda Kammer dba Kammer & Kammer Enterprises, by and through undersigned counsel, and for their Complaint state as follows:

### GENERAL ALLEGATIONS

1. Plaintiffs Robert and Linda Kammer dba Kammer & Kammer Enterprises are individuals residing at 6440 Stoney Creek Drive, Huber Heights, Ohio 45424.

2. Auto-Owners Insurance (hereinafter "Auto-Owners") is a company headquartered in Michigan, that engages in the business of providing insurance and that transacted business in Ohio.

3. Venue is proper in this Court pursuant to Civ.R. 3(C)(6) and Civ.R. 4.3(A).

### COUNT I – BREACH OF CONTRACT

4. Plaintiffs restate and incorporate by reference the allegations contained in Paragraphs 1 through 3 of this Complaint as though fully set forth herein.



AMER CUNNINGHAM
CO., L.P.A.
One Cascade Plaza,
Suite 1510
Akron, Ohio 44308
Telephone
330.762.2411
Facsimile
330.762.9918
www.amer-law.com

1

5. Plaintiffs entered into a contract for insurance with Auto-Owners to insure their commercial property located at 4990 Nebraska Avenue, Huber Heights, Ohio 45424 (hereinafter the "Property").

6. Auto-Owners issued Policy Number 824603-05265629-21 to Plaintiffs on February 11, 2021, (hereinafter the "Insurance Policy") covering Plaintiff's Property. Defendant is in possession of the original Insurance Policy.

7. On or about June 18, 2021, Plaintiffs' Property suffered hail damage.

8. Plaintiffs timely notified Auto-Owners of their claim related to the hail damage.

9. Auto-Owners refused to accept Plaintiffs' claim in breach of the express language of the Insurance Policy.

10. As a direct and proximate result of Auto-Owners' breach, Plaintiffs have sustained damages in excess $750,000.00 and seek recovery of benefits under the Policy.

WHEREFORE, Plaintiffs Robert and Linda Kammer dba Kammer & Kammer Enterprises demand judgment and relief on their Complaint against Defendant Auto-Owners Insurance, as follows:

1. Monetary damages in excess of $750,000.00, plus interest at the statutory rate from the date of judgment; and

2. Such other and further relief as the Court deems appropriate.

Respectfully submitted,

AMER CUNNINGHAM, CO., L.P.A

*/s/ Nicholas A. Panagopoulos II*
Jack Morrison, Jr. (0014939)
Nicholas A. Panagopoulos II (0071406)
One Cascade Plaza, Suite 1510
Akron, Ohio 44308
Ph: (330) 762-2411; Fax: (330) 762-9918
jmorrison@amer-law.com



AMER CUNNINGHAM
CO., L.P.A.
One Cascade Plaza,
Suite 1510
Akron, Ohio 44308
Telephone
330.762.2411
Facsimile
330.762.9918
www.amer-law.com

npanagopoulos@amer-law.com
Attorneys for Plaintiffs
Robert and Linda Kammer dba
Kammer & Kammer Enterprises

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

/s/ Nicholas A. Panagopoulos II
Attorney for Plaintiffs



AMER CUNNINGHAM
CO., L.P.A.
One Cascade Plaza,
Suite 1510
Akron, Ohio 44308
Telephone
330.762.2411
Facsimile
330.762.9918
www.amer-law.com

3