UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROBERT KAMMER, *et al.*,
d/b/a KAMMER & KAMMER
ENTERPRISES

     Plaintiffs,                            Case No. 3:23-cv-200

vs.

AUTO-OWNERS (MUTUAL)          District Judge Michael J. Newman
INSURANCE COMPANY,

     Defendant.

---

### ORDER CONDITIONALLY DISMISSING THIS CASE

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

     **IT IS SO ORDERED.**

July 22, 2026                      s/*Michael J. Newman*
                                Hon. Michael J. Newman
                                United States District Judge